UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **BRANDON M. COLLINS** | **CIVIL ACTION NO. 3:17-0018** |
| **VERSUS** | **SECTION P** |
| | **JUDGE ROBERT G. JAMES** |
| **PARISH OF OUACHITA, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a *de novo* review of the record, including Plaintiff's Amended Complaint [Doc. No. 24], determining that the findings are correct under the applicable law, and also considering the objections [Doc. No. 26] to the Report and Recommendation,

**IT IS ORDERED, ADJUDGED AND DECREED** that the Complaint, insofar as it seeks monetary relief pursuant to 42 U.S.C. §1983, be **DISMISSED WITH PREJUDICE** as frivolous until such time that Collins can demonstrate that his confinement related to his 2016 arrest has been invalidated. The Clerk of Court is instructed to close this case.

**MONROE, LOUISIANA, this 20th day of December, 2017.**

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE